**Motion Granted; Order filed July 31, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00011-CV
_____

**J.C. WALTER, III, ET. AL., Appellants**

**V.**

**MARATHON OIL CORPORATION AND MARATHON E.G. LPG LIMITED, Appellees**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-58805**

## CONTINUING ABATEMENT ORDER

On June 12, 2012, this court ordered a hearing pursuant to Texas Rule of Civil Procedure 76a. The court has been notified that the hearing has been held, but additional time is needed to prepare the findings of fact and conclusions of law.

Those records shall be filed with the clerk of this court on or before **September 4, 2012.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM